UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| THE WHITE FAMILY TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY INDUSTRIES, INC., TIMOTHY R. WALLACE, and JAMES E. PERRY,<br><br>Defendants. | Case No. 3:15-cv-1304<br><br>CLASS ACTION |

### Notice of Voluntary Dismissal

To the Honorable Court, all parties herein and their respective counsel of record:

Plaintiff in this matter voluntarily dismisses this lawsuit pursuant to Federal Rules of Civil Procedure 41(a). Such dismissal shall be without prejudice, with each side to bear its own costs.

Dated: June 22, 2015

Respectfully submitted,

**CARTER SCHOLER ARNETT HAMADA & MOCKLER, PLLC**

*/s/ Courtney Barksdale Perez*
Courtney Barksdale Perez
Texas Bar No. 24061135
E. Leon Carter
Texas Bar No. 03914300
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
T: 214-550-8188
F: 214-550-8185

**POMERANTZ, LLP**

Jeremy A. Lieberman
C. Dov Berger
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

**POMERANTZ LLP**

Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
*Attorneys for Plaintiff*

**ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & FRIEND**

Sammy Ford IV
Federal Bar Number: 950682
Texas Bar Number: 24061331
800 Commerce Street
Houston, TX 77002
Telephone: 713-222-7211
Facsimile: 713-225-0827

## Certificate of Service

This is to certify that I have filed a Notice of Voluntary Withdrawal on the Court's CM/ECF electronic filing system, and that by virtue of this filing; all attorneys of record will be served electronically with true and exact copies of this filing, as follows:

SO CERTIFIED this 22nd day of June, 2015.

By: */s/ Courtney Barksdale Perez*